DAVID M. GONOR, ESQ. [SBN 170478]
**SPILE & SIEGAL, LLP**.
16501 Ventura Blvd., Suite 610
Encino, California 91436-2072
Tel: (818) 784-6899
Fax: (818) 784-0176
dgonor@spile-siegal.com

Attorneys for Defendant / Cross-Complainant,
ANTONINO ARCURI, an individual

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRILO PARRA, DEANNA POIDOMANI,<br><br>  Plaintiffs,<br><br>  v.<br><br>ANTONINO ARCURI, AND DOES 1 through 50, inclusive,<br><br>  Defendant.<br>_____<br>ANTONIO ARCURI,<br><br>  Cross-Claimant,<br><br>  v.<br><br>CIRILO PARRA, and ROES 1 through 50, inclusive.<br><br>  Cross-Defendants.<br>_____ | Case No.  CIV.S-04-1519 WBS GGH<br><br>**[PROPOSED] ORDER OF DISMISSAL OF CROSS-CLAIMANT ANTONINO ARCURI'S CROSS CLAIM** |

    BASED UPON THE STIPULATION OF THE PARTIES and good cause appearing, it is HEREBY ORDERED that the Cross-Claim of Cross-

///

///

///

1
**PROPOSED] ORDER OF  DISMISSAL OF CROSS-CLAIMANT ANTONINO ARCURI'S CROSS CLAIM**

1  Complainant Antonino Arcuri is hereby dismissed, with prejudice.

2

3  DATED: July 28, 2005

4

5  _____
   WILLIAM B. SHUBB
6  UNITED STATES DISTRICT JUDGE

**PROPOSED] ORDER OF DISMISSAL OF CROSS-CLAIMANT ANTONINO ARCURI'S CROSS CLAIM**