DAVID M. GONOR, ESQ. [SBN 170478]
**SPILE & SIEGAL, LLP**.
16501 Ventura Blvd., Suite 610
Encino, California 91436-2072
Tel: (818) 784-6899
Fax: (818) 784-0176
dgonor@spile-siegal.com

Attorneys for Defendant / Cross-Complainant,
ANTONINO ARCURI, an individual

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRILO PARRA, DEANNA POIDOMANI,<br><br>    Plaintiffs,<br><br>v.<br><br>ANTONINO ARCURI, AND DOES 1 through 50, inclusive,<br><br>    Defendant.<br>―――――――――――――<br>ANTONIO ARCURI,<br><br>    Cross-Claimant,<br><br>v.<br><br>CIRILO PARRA, and ROES 1 through 50, inclusive.<br><br>    Cross-Defendants.<br>―――――――――――――| Case No.  CIV.S-04-1519 WBS GGH<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF PLAINTIFFS' COMPLAINT** |

It is hereby stipulated by and between the parties that the Complaint of Plaintiffs Deanna Poidomani and Cirilo Parra is hereby dismissed with

1

stip dismissal #02.wpd **STIPULATION FOR VOLUNTARY DISMISSAL OF PLAINTIFFS' COMPLAINT**

1 | prejudice.
2 | SO STIPULATED.

4 | DATED:            **SPILE & SIEGAL, LLP**.

By: _____
DAVID M. GONOR, Esq.
Attorneys for Defendant / Cross-Claimant
ANTONIO ARCURI

DATED:            **LAW OFFICES OF RICHARD F. ANTOINE**

By: _____
RICHARD F. ANTOINE, Esq.
Attorneys for Plaintiffs, CIRILO PARRA and
DEANNA POIMOMANI

### ORDER

Based upon the stipulation of the parties and GOOD CAUSE appearing, it is hereby ordered that the complaint in this matter is dismissed, with prejudice.

SO ORDERED.

Dated:  January 6, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE